**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| JONATHAN TESTA, an individual | § | Case No.  4:23-cv-00833 |
| | § | |
| *Plaintiff*, | § | PLAINTIFF'S COMPLAINT FOR: |
| | § | |
| v. | § | 1. COPYRIGHT INFRINGEMENT |
| | § | |
| BATTLESTAR LLC, a Texas limited liability Company, and DOES 1 through 10, | § | 2. VIOLATION OF 17 U.S.C. § 1202 |
| | § | |
| | § | Jury Trial Demanded |
| *Defendants*. | § | |

### PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Jonathan Testa ("**Mr. Testa**"), through his undersigned attorney, hereby prays to this honorable Court for relief based on the following:

### I.   JURISDICTION AND VENUE

1. This action arises under the Copyright Act of 1976, Title 17 U.S.C., § 101 *et seq.*

2. This Court has federal question jurisdiction under 28 U.S.C. § 1331 and 1338 (a) and (b).

3. Venue in this judicial district is proper under 28 U.S.C. § 1391(c) and 1400(a) in that this is the judicial district in which a substantial part of the acts and omissions giving rise to the claims occurred.

### II.   PARTIES

4. Mr. Testa is an individual residing in Vermont.

5. Defendant Battlestar LLC ("**Battlestar**")] is a limited liability company organized and existing under the laws of the State of Texas, with its primary place of business located at 3613 Diamond Ridge, McKinney, Texas 75071. Battlestar may be served with summons on its registered agent VP Office LLC at 1200 East Collins Blvd., Suite 114, Richardson, Texas 75081.

6.  Defendants DOES 1 through 10, inclusive, are other parties not yet identified who infringed Mr. Testa's copyright, contributed to the infringement of his copyright, or engaged in one or more of the wrongful practices alleged herein. The true names, whether corporate, individual or otherwise, of Defendants 1 through 10, inclusive, are presently unknown to Mr. Testa, who therefore sues said Defendants by such fictitious names, and will seek leave to amend this Complaint to show their true names and capacities when same have been ascertained.

7.  At all times relevant hereto each Defendant was the agent, affiliate, officer, director, manager, principal, alter-ego, and/or employee of the remaining Defendants and was at all times acting within the scope of such agency, affiliation, alter-ego relationship and/or employment; and actively participated in or subsequently ratified and/or adopted each of the acts or conduct alleged, with full knowledge of all the facts and circumstances, including, but not limited to, full knowledge of each violation of Mr. Testa's rights and the damages to Mr. Testa proximately caused thereby.

8.  Prior to filing this action, on June 2, 2023, Mr. Testa's counsel contacted Battlestar to advise it of the copyright infringement claims at issue and attempt to resolve the matter without the need for litigation. Battlestar failed to meaningfully respond, necessitating this action.

### III.   CAUSES OF ACTION

#### Count One – For Copyright Infringement – Against All Defendants

9.  Mr. Testa created and owns an original two-dimensional artwork titled "40oz Skeleton" (the "**Subject Design**") that was registered with the United States Copyright Office on May 17, 2017 under U.S. Copyright Reg. No. VAu001273591. Mr. Testa is the sole owner of the exclusive rights in the Subject Design, which is depicted below:



Prior to the acts complained of herein, Mr. Testa widely publicly displayed and distributed the Subject Design, including without limitation by offering for sale pins and patches bearing the Subject Design, titled "40oz Beer Patch" and "40oz Beer Pin," on Mr. Testa's website, "www.meanfolk.com."

10. Following publication and display of the Subject Design, each Defendant copied, reproduced, publicly displayed, distributed, created derivative works from, and otherwise exploited the Subject Design without Mr. Testa's authorization or consent for commercial purposes in various ways, including offering for sale a patch also titled "40oz Beer Patch," comprised entirely of a design which is identical, or at least substantially similar to, the Subject Design on the commercial website "www.battlestargear.com," which is owned and operated by Battlestar (the "**Infringing Use**"). A screen capture of the Infringing Use is depicted below:



11.     Mr. Testa alleges that each Defendants had access to the Subject Design, including without limitation through his social media accounts and online profiles, or by viewing the Subject Design on Mr. Testa's website.

12.     Due to Defendants' acts of infringement, Mr. Testa suffered damages in an amount to be established at trial, and Defendants obtained profits they would not otherwise have realized but for their infringement of the Subject Design. As such, Mr. Testa is entitled to disgorgement of Defendants' profits attributable to the infringement of the Subject Design in an amount to be established at trial. Mr. Testa further alleges that Defendants committed copyright infringement with actual knowledge or reckless disregard of Mr. Testa's rights such that said acts of copyright infringement were, and continue to be, willful, intentional and malicious. Mr. Testa seeks actual damages, profit disgorgement, costs, attorneys' fees, and/or statutory damages to the extent allowed under 17 U.S.C. § 504.

**Count Two – For Violation of 17 U.S.C. § 1202 – Against All Defendants**

13.     Mr. Testa repeats and realleges each of the preceding paragraphs as if they were set forth in full herein.

14.     Prior to the acts complained of herein, Mr. Testa frequently displayed the Subject Design with indicia of his creation and ownership, including the name and logo of his company and brand, "Mean Folk," which constitutes copyright management information under 17 U.S.C. § 1202(c). Screen captures of the Subject Design with this copyright management information are depicted below:



15. Mr. Testa alleges that Defendants violated his rights under 17 U.S.C. § 1202 by removing his copyright management information from the Subject Design before publishing and displaying it on Battlestar's commercial website in a manner where it is impossible to ascertain that Mr. Testa authored or owns the copyright for the Subject Design; and publishing and displaying it on Battlestar's commercial website in a manner where it appears that it authored or owns the copyright for the Subject Design.

16. Mr. Testa alleges that the aforementioned conduct on the part of Defendants was willful and knowing. And Defendants, by violating the above statute, are liable for statutory damages and attorneys' fees for each violation of the statute under 17 U.S.C. § 1203.

### IV. JURY DEMAND

17. Mr. Testa demands a jury trial on all issues so triable pursuant to FED. R. CIV. P. 38

and the 7th Amendment to the United States Constitution.

## PRAYER FOR RELIEF

Wherefore, Plaintiff prays for judgment as follows:

a. That Defendants—each of them—and their respective agents and servants be enjoined from directly or indirectly infringing in any manner any of Plaintiff's copyright or other exclusive rights (whether now in existence or hereafter created) in the Subject Design;

b. That Plaintiff be awarded all profits of Defendants, and each of them, plus all losses of Plaintiff, the exact sum to be proven at the time of trial, or, if elected before final judgment, statutory damages as available under the Copyright Act, 17 U.S.C. § 101 et seq.;

c. That Plaintiff be awarded damages for Defendants' violations of 17 U.S.C. § 1202, including all available damages under 17 U.S.C. § 1203;

d. That Plaintiff be awarded his attorneys' fees as available under the Copyright Act U.S.C. § 101 et seq.;

e. That Plaintiff be awarded pre-judgment interest as allowed by law;

f. That Plaintiff be awarded the costs of this action; and

g. That Plaintiff be awarded such further legal and equitable relief as the Court deems proper.

Dated:  September 19, 2023                                  Respectfully Submitted,

                        By:    */s/ Robert Cherry*
                               Robert Cherry, Esq.
                               **DONIGER / BURROUGHS**
                               2900 S. Congress Ave, #101
                               Austin, Texas 78704
                               Telephone: (512) 856-4319
                               Email: rcherry@donigerlawfirm.com
                               ***Attorney for Plaintiff***